BRYANT PARK BUILDING, INC., Appellant, v. NETLEY SERVICE CORPORATION et al., Respondents. 11 WEST 42ND STREET, INC., Appellant, v. NETLEY SERVICE CORPORATION et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EAST RIVER SAVINGS BANK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [243–245 Broadway, Borough of Manhattan.] — Order, so far as appealed from, unanimously modified so as to provide for the fixing of the assessed valuations on the two parcels of property involved herein, as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 243 Broadway (Lot 26) 1941–42 to 1945–46 (inclusive) ........ | $150,000 | $15,000 | $165,000 |
| 245 Broadway (Lot 25) 1942–43 to 1945–46 (inclusive) ....... | 140,000 | 15,000 | 155,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

STANLEY ZYSK, Respondent, v. CITY OF NEW YORK, Appellant-Respondent, and GEORGE ROLL, Appellant.— Insofar as concerns defendant George Roll, the abutting property owner, there is no evidence that he was an active tort-feasor in causing the piece of ice on which plaintiff testified that he slipped to be present on the sidewalk (*Kelly* v. *Rose,* 291 N. Y. 611; *Hendley* v. *Daw Drug Co.,* 293 N. Y. 790). Neither do we consider that the condition of the sidewalk under all the facts of the case constituted evidence of negligence on the part of defendant the City of New York (*Reutlinger* v. *City of New York,* 281 N. Y. 592; *Kirsch* v. *City of New York,* 289 N. Y. 684; *Foley* v. *City of New York,* 95 App. Div. 374.) The facts in this record sufficiently differentiate this case from *Green* v. *Rosenberg, Inc.* (295 N. Y. 584). Judgment unanimously reversed and the complaint dismissed, with costs to both defendants. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.